**[J-66-2025]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 3 EAP 2025 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court at No. 980 EDA 2023 entered |
| | : | on June 7, 2024, reversing and |
| v. | : | remanding the Order of the |
| | : | Philadelphia County Court of |
| | : | Common Pleas at No. CP-51-CR- |
| ELISE COLES, | : | 0008713-2021, entered on March 17, |
| | : | 2023. |
| Appellant | : | |
| | : | ARGUED: September 10, 2025 |

## ORDER

**PER CURIAM**                                                      **DECIDED: October 14, 2025**

AND NOW, this 14th day of October, 2025, the appeal is **DISMISSED** as having been improvidently granted.

Justice Wecht files a dissenting statement.